FILED
2008 Sep-30 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA COCKRELL, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 08-AR-1214-S |
| } | |
| T.L. THOMPSON & ASSOCIATES, } | |
| INC., } | |
| } | |
| Defendant. } | |

## ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 30th day of September, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE